UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 01491**

ALAN G. STEVENS

                          Plaintiff,

      vs.                          Civil Action No. _____

KERIOTH CORPORATION, KERIOTH REALTY     **RULE 7.1 DISCLOSURE**
COMPANY, LLC, KERIOTH CONSTRUCTION     **STATEMENT**
INCORPORATED, CLINTON G. HERRING, JR.,
AND DAVID W. HATCHETT

                          Defendants.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendants KERIOTH CORPORATION and KERIOTH CONSTRUCTION INCORPORATED (collectively "Defendants"), private non-governmental parties, certifies that: (1) Defendants have no parent companies and (2) there are no publicly held corporations that own 10% or more of Defendants' stock.

Dated: February 13, 2008
        Jericho, New York

                                        NIXON PEABODY LLP

                                        By: _____
                                            Joseph J. Ortego (JO 3839)
                                            Thomas M. Mealiffe (TM 7369)
                                            *Attorneys for Defendants,*
                                            *Kerioth Corporation, Kerioth Realty*
                                            *Company, LLC, Kerioth Construction*
                                            *Incorporated, Clinton G. Herring, Jr., and*
                                            *David W. Hatchett*
                                            50 Jericho Quadrangle, Suite 300
                                            Jericho, New York 11753
                                            (516) 832-7500

10904053.1

To:
Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel. (212) 490-9550
Fax. (212) 986-0158
Email: ctrinko@trinko.com