SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ALAN G. STEVENS

                                    Plaintiff,

vs.

KERIOTH CORPORATION, KERIOTH REALTY
COMPANY, LLC, KERIOTH CONSTRUCTION
INCORPORATED, CLINTON G. HERRING, JR.,
AND DAVID W. HATCHETT

                                  Defendants.

**AFFIDAVIT OF
SERVICE**

Civil Action No.: <u>08-CV-1491</u>

STATE OF NEW YORK)
COUNTY OF NASSAU ) ss.:

        **JOSEPH RAMOS**, being duly sworn, deposes and says:

        That deponent is not a party to the action, is over 18 years of age and resides in Queens County.

        That on February 13, 2007, I served a true copy of the within documents in the above-captioned matter to the party named below by depositing a  true copy of same, properly enclosed in a postpaid envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

1) S.D.N.Y. Civil Cover Sheet

2) Notice of Removal with accompanying Exhibits

3) Defendant's Corporate Disclosure Statement

4) Notice of filing of Notice of Removal with accompanying Exhibits

5) Copy of Assigned Judge's Individual Rules

To:
Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Tel. (212) 490-9550
Fax. (212) 986-0158
Email: ctrinko@trinko.com

_____
Joseph Ramos

Sworn to before me this
14th day of February, 2007

_____
Notary Public

PATRICIA NETTLETON
Notary Public, State of New York
No. 4899112
Qualified in Nassau County
Commission Expires June 22, 2011