UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN G. STEVENS<br><br>                              Plaintiff,<br><br>vs.<br><br>KERIOTH CORPORATION, KERIOTH REALTY COMPANY, LLC, KERIOTH CONSTRUCTION INCORPORATED, CLINTON G. HERRING, JR., AND DAVID W. HATCHETT<br><br>                              ~~Defendants.~~ | **CERTIFICATE OF SERVICE**<br><br>Civil Action No.: 08-CV-01491 |

   This is to certify that on February 19, 2008, I caused copies of defendants, KERIOTH CORPORATION, KERIOTH REALTY COMPANY, LLC, KERIOTH CONSTRUCTION INCORPORATED, CLINTON G. HERRING, JR., AND DAVID W. HATCHETT, Answers by Thomas M. Mealiffe, Nixon Peabody LLP, 50 Jericho Quadrangle, Jericho, New York 11753-2728 in the above captioned matter to be served by regular U.S. Mail on counsel for plaintiff listed below. The Appearance was filed electronically with the United States District Court for the Southern District of New York on February 19, 2008.

   Curtis V. Trinko
   LAW OFFICES OF CURTIS V. TRINKO, LLP
   16 West 46th Street, 7th Floor
   New York, N.Y. 10036
   (212) 490-9550

                                                            _____
                                                                    Thomas M. Mealiffe

10912262.1