```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN G. STEVENS

                Plaintiff,

vs.

KERIOTH CORPORATION, KERIOTH REALTY
COMPANY, LLC, KERIOTH CONSTRUCTION
INCORPORATED, CLINTON G. HERRING, JR.,
AND DAVID W. HATCHETT

                Defendants.

Civil Action No.:
08-CV-01491 (SHS/AJP)

## [PROPOSED] SCHEDULING ORDER

On this _21_ day of April 2008, the Court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1(a) ~~on~~ *April 11, 2008,*

IT IS ORDERED that:

1. The parties shall exchange the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) no later than **April 25, 2008**.

2. The parties shall serve their first request for production of documents, pursuant to Federal Rule of Civil Procedure 34, no later than **May ~~16~~ 2, 2008**.

3. The parties shall serve their initial notices of deposition, pursuant to Federal Rule of Civil Procedure 30, no later than **June ~~27~~ 13, 2008**.

4. Depositions of the parties shall ~~commence after July 21, 2008~~ *take place* at mutually convenient dates and times, without prejudice to either party conducting a non-party deposition beforehand at a mutually convenient date, time and place. Plaintiff and defendant may depose up to 5 deponents each. Each party shall be entitled to take a personal deposition of any witness designated under Rule 30(b)(6), and such a personal deposition shall not count against the total number of depositions allowed. *Depositions may commence at any time.*

5. ~~No later than September 22, 2008,~~ the parties ~~shall~~ *may* serve subpoenas upon any third-party witnesses seeking the production of documents and/or depositions *at any time.*

6. *Last day for fact discovery is September 5.*

7. *Next discovery status conf. is set for July 10 at 10 A.M.*

*So ordered,*

10964332.1