```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALAN G. STEVENS,                          :

       Plaintiff,     :       08 Civ. 1491 (SHS) (AJP)

   -against-                         :       **ORDER OF REFERENCE
                  TO A MAGISTRATE JUDGE**

KERIOTH CORPORATION, *ET AL.*,            :

      Defendants.           :

------------------------------------------------------------x

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose: _____ |
| | | ___ | Habeas Corpus |
| **XX** | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | All such motions: ___ |

Dated: New York, New York
   July 10, 2008

                SO ORDERED:

                _____
                Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.