USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| ALAN G. STEVENS, | : | 08 Civ. 1491 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| KERIOTH CORPORATION, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for completion of discovery remains at September 5, 2008;

    2.    The deposition of plaintiff shall take place in New York at a mutually agreed upon time on or before July 25, 2008;

    3.    This action is being referred to Magistrate Judge Andrew J. Peck for settlement purposes; and

    4.    There will be a pretrial conference on September 12, 2008, at 10:00 a.m.

Dated: New York, New York
       July 10, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.