UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ALAN G. STEVENS,

             Plaintiff,

-against-

KERIOTH CORPORATION, KERIOTH REALITY
COMPANY, LLC, KERIOTH CONSTRUCTION
INCORPORATED, CLINTON G. HERRING, JR.
& DAVID W. HATCHETT,

             Defendants.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/14/08

08 Civ. 1491 (SHS) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on August 14, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction through September 15, 2008 in case defendants do not make payment under the settlement. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:    New York, New York
              August 14, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Curtis V. Trinko, Esq.
                                 Joseph J. Ortego, Esq.
                                 Thomas M. Mealiffe, Esq.
                                 Judge Sidney H. Stein

C:\ORD\DISMISS